# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**EDDIE ROOSEVELT HANDS,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 10-0274-WS-C

**UNITED STATES OF AMERICA, et al.,** :

    **Defendants.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 5th day of October, 2010..

                                          s/WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**