# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDDIE ROOSEVELT HANDS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0274-WS-C |
| **UNITED STATES OF AMERICA, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 5th day of October, 2010.

                                            s/WILLIAM H. STEELE
                                            **CHIEF UNITED STATES DISTRICT JUDGE**